# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 7, 2016

## NO. 03-15-00303-CV

**Rosa Ena Cantu, Appellant**

**v.**

**Southern Insurance Company and Steve Dollery, Appellees**

**APPEAL FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on December 10, 2014. The parties have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.